UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JOHN H. WHITE

            Plaintiff,

  -v.-

              Civil Action No.
              9:14-cv-2 (GLS/RFT)

JOEY DISHAW, C.O. Upstate Correctional Facility;
R. LORDI, R.N., Upstate Correctional Facility

            Defendants.
--------------------------------------------------------------------------------

APPEARANCES:       OF COUNSEL:

**FOR THE PLAINTIFF:**

JOHN H. WHITE
*Pro Se*
08-A-3366
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953

**FOR THE DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN  RYAN E. MANLEY, ESQ.
New York State Attorney General  Assistant Attorney General
Litigation Bureau
The Capitol
Albany, New York 12224

GARY L. SHARPE,
DISTRICT JUDGE

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed June 15, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed[1], and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed June 15, 2015 (Dkt. No. 83) is ACCEPTED in its entirety for the reasons stated therein; and it is further

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 41) is GRANTED in its entirety and that Defendant Lordi is terminated from this action; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

---

[1] On August 4, 2015, the court granted plaintiff's request for an extension of time to file objections to the Report-Recommendation on or before August 31, 2015. Dkt. No. 96. On September 2, 2015, plaintiff filed a letter with the court stating his objections to the report-recommendation will be submitted on or before September 8, 2015. Dkt. No. 101. Despite the passage of the self-imposed deadline, the plaintiff has failed to file any objections to the pending report-recommendation.

2

IT IS SO ORDERED.

September 15, 2015
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge